GIBBS LAW GROUP LLP
Eric H. Gibbs (SBN 178658)
Michael L. Schrag (SBN 185832)
Amy Zeman (SBN 273100)
Aaron Blumenthal (SBN 310605)
505 14th Street, Suite 1110
Oakland, CA  94612
Telephone:  510-350-9700
Facsimile:  510-350-9701
ehg@classlawgroup.com
mls@classlawgroup.com
amz@classlawgroup.com
ab@classlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Brian Brach, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo & Co., Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage,<br><br>Defendants. | Lead Case: 3:17-cv-04995-MMC<br><br>Case No. 3:17-cv-05990-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1 **TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

2       **WHEREAS,** no defendant in the above-captioned action has served either an answer or a

3 motion for summary judgment;

4       **NOTICE IS HEREBY GIVEN THAT,** pursuant to Federal Rule of Civil Procedure

5 41(a)(1)(A)(i), Plaintiff Brach hereby withdraws his pending Motion to Appoint Interim Class

6 Counsel, Dkt. 12, and voluntary dismisses, with prejudice, the above-captioned action, *Brach v.*

7 *Wells Fargo & Co.*, 3:17-cv-05990-MMC, and his claims against all defendants, without costs to

8 any party as against the other, and without prejudice as to the claims of any other putative class

9 member, including Plaintiff Muniz in *Muniz v. Wells Fargo & Co.*, 3:17-cv-04995-MMC.

10

11   DATED: November 29, 2017                    Respectfully submitted,

12                                              By: _/s/ Eric. H. Gibbs_____

13                                              **GIBBS LAW GROUP LLP**
                                                Eric H. Gibbs (SBN 178658)
14                                              Michael L. Schrag (SBN 185832)
                                                Amy Zeman (SBN 273100)
15                                              Aaron Blumenthal (SBN 310605)
                                                505 14th Street, Suite 1110
16                                              Oakland, CA 94612
                                                Telephone: 510-350-9700
17                                              Facsimile: 510-350-9701
                                                ehg@classlawgroup.com
18                                              mls@classlawgroup.com
                                                amz@classlawgroup.com
19                                              ab@classlawgroup.com

20                                              *Attorneys for Plaintiff Brach*

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically transmit said document by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) and by first class mail to those non-ECF registered parties listed on the NEF.

_/s/ Eric. H. Gibbs_
Eric H. Gibbs